

# United States District Court

### Eastern District of Tennessee
### Howard H. Baker Jr. U.S. Courthouse
### 800 Market Street
### Knoxville, Tn 37902

**Thomas W. Phillips**
**District Judge**

June 28, 2006

(865) 545-4255
(865) 545-4243 (fax)

2006 JUL 10 A 11: 18 RECEIVED FINANCIAL DISCLOSURE OFFICE

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

Re: Amendment to Calendar Year 2005 Filing

Dear Members of the Committee:

Thank you very much for your letter of June 14, 2006, in regard to my financial disclosure report for calendar year 2005. In response to your inquiry contained in the last paragraph on page 1, please be advised that the "Ameriprise Brokerage Account" listed in Part VII, page 4, line 4, is a cash-equivalent account and I should have included the designation "cash-equivalent" in the description in Column A.

In response to your inquiry contained in paragraph (1), contained on page 2 of your letter of June 14, 2006, please be advised that the "RVS U.S. Gov't Fund Class B" was an account inherited by ████ from ████ who died on January 22, 2005. Therefore, I would like to amend my financial disclosure report for calendar year 2005 as follows:

> (1) In part VII, page 5, line 24, the parenthetical "(X)" should be inserted alongside the asset name as instructed in the heading to column A, indicating that the asset was received by ████ in 2005 as an inheritance.

Thank you very much for your assistance in this matter. I know that going over the multitude of financial disclosure reports you receive is not an easy task, and I appreciate your willingness to help us comply with our statutory obligation.

Respectfully yours,



Thomas W. Phillips
United States District Judge

Enclosures

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Phillips, Thomas W | 2. Court or Organization<br><br>Eastern District of Tennessee | 3. Date of Report<br><br>04/28/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>800 Market Street<br>Suite 145<br>Knoxville, TN 37902 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Thomas W | 04/28/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]  NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ]  NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2005 | ONEIDA INDEPENDENT SCHOOL SYSTEM (TEACHER) 0.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X]  NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Thomas W | 04/28/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. ATTEND ANNUAL REVIEW SEMINAR W/O CHARGE | TENNESSEE LAW INSTITUTE | $ 400.0 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Thomas W | 04/28/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) <br><br> Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. J.C. BRADFORD-WALMART CST | A | Dividend | L | T | SOLD | 5/18 | L | E | |
| 2. CD-1ST NAT'L BANK, ONEIDA, TN | A | Interest | | | RED | 7/14 | J | A | |
| 3. CD-1ST NAT'L BANK, ONEIDA, TN | B | Interest | | | RED | 10/13 | K | B | |
| 4. AMERIPRISE BROCKERAGE ACCOUNT | A | Interest | J | T | | | | | |
| 5. CBRL GROUP, INC. | A | Dividend | J | T | | | | | |
| 6. CISO SYSTEMS, INC. | B | Dividend | J | T | | | | | |
| 7. AXP STOCK MARKET CERTIFICATE | A | Interest | J | T | | | | | |
| 8. ACTIVISION, INC. | A | Dividend | J | T | | | | | |
| 9. AMEX TRUST CO. - IRA | D | Dividend/ *Interest* | N | T | | | | | |
| 10. --AMEX FLEXIBLE PORTFOLIO ANNUITY | D | Dividend/ *Interest* | O | T | | | | | |
| 11. --AMERICAN EXPRESS FUNDS | A | Interest | J | T | SOLD | 12/12 | J | A | |
| 12. --FIDELITY ADVISOR FUNDS | B | Dividend | K | T | | | | | |
| 13. --VAN KAMPEN FUNDS | A | Dividend | J | T | | | | | |
| 14. --ACCENTURE | A | Dividend | J | T | SOLD | 12/28 | J | A | |
| 15. --STRATEGIC PORTFOLIO SVC ADVANTAGE | D | Dividend | M | T | | | | | |
| 16. --EASTMAN KODAK CO. | A | Dividend | J | T | SOLD | 8/5 | J | A | |
| 17. --LIFEPOINT HOSPITALS, INC. | A | Dividend | J | T | SOLD | 12/28 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less <br> F =$50,001 - $100,000 | B =$1,001 - $2,500 <br> G =$100,001 - $1,000,000 | C =$2,501 - $5,000 <br> H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 <br> H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less <br> N =$250,001 - $500,000 | K =$15,001 - $50,000 <br> O =$500,001 - $1,000,000 | L =$50,001 - $100,000 <br> P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 <br> P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 <br> Q =Appraisal <br> U =Book Value | R =Cost (Real Estate Only) <br> V =Other | P4 =More than $50,000,000 <br> S =Assessment <br> W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Thomas W | 04/28/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --RF MICRO DEVICES, INC. | A | Dividend | J | T | SOLD | 12/28 | J | A | |
| 19. --RYLAND GROUP, INC. | B | Dividend | J | T | SOLD | 12/28 | J | C | |
| 20. AMEX - TRUST CO. IRA | D | Dividend/ Interest | L | T | | | | | |
| 21. --AMEX FLEXIBLE PORTFOLIO ANNUITY | C | Dividend/ Interest | L | T | | | | | |
| 22. --STRATEGIC PORTFOLIO SVC ADVANTAGE | A | Dividend | K | T | | | | | |
| 23. --VAN KAMPEN FUNDS | A | Dividend | J | T | SOLD | 12/23 | J | A | |
| 24. RVS U.S. GOVT FUND CLASS B | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Thomas W | 04/28/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Did not teach in 2005.

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Thomas W | 04/28/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature  Date 4/28/06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544